IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CHRISEAN D. JONES ,

   Appellant,

 v.

          Case No.  5D23-337
          LT Case No. 16-2017-CF-4516-AXXX

STATE OF FLORIDA,

   Appellee.

_____/

Decision filed April 4, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Jeb Branham, Judge.

Chrisean D. Jones, Blountstown,
pro se.

Ashley Moody, Attorney General,
and Daren Shippy, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

  AFFIRMED.


LAMBERT, C.J., EDWARDS and MACIVER, JJ., concur.